## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## WESTERN DIVISION

SANCHO MCKENZIE                                        PETITIONER

v.                          CIVIL ACTION NO. 5:19-CV-139-KS-MTP

WARDEN SHAWN R. GILLIS                                 RESPONDENT

### ORDER

On July 30, 2020, the Magistrate Judge entered his Report and Recommendation [20]. Neither Petitioner nor Respondent filed an objection.

The Court has considered the Magistrate Judge's Report and Recommendation [20], as well as the entire record. The Court concludes that the Report and Recommendation [20] should be adopted **as modified** herein.

Therefore, the Court **grants** Petitioner's petition and orders Immigration and Customs Enforcement to either deport Petitioner or release him subject to appropriate conditions of supervision within **seven** days of the entry of this order.

SO ORDERED AND ADJUDGED this 15th day of September, 2020.

                                    /s/    Keith Starrett
                                    KEITH STARRETT
                                    UNITED STATES DISTRICT JUDGE